# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAWRENCE HOLLIN,<br>　　Plaintiff,<br>　　　　　v.<br>KIMBERLY SCOTT, et al.,<br>　　Defendants. | Civil Action No.<br>1:24-cv-03059-SDG |

## ORDER

Plaintiff initiated this action on July 10, 2024. More than 90 days have passed since that time but there is nothing in the record showing that Defendants were served with process. Nor did Plaintiff seek additional time to effect service. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant . . . ."). The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 31st day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Steven D. Grimberg
　　　　　　　　　　　　　　　　　　　　　　　　　　　Steven D. Grimberg
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1